In the Matter of PIERCE-ARROW MOTOR CORPORATION et al., Appellant, against CARROLL E. MEALEY et al., Constituting the State Tax Commission, Respondents.

Submitted April 4, 1949; decided April 6, 1949.

*Frank E. Curley* for motion.

*Nathaniel L. Goldstein, Attorney-General (Wendell P. Brown* of counsel), opposed.

Motion to withdraw and discontinue appeal granted, upon the payment of the costs and disbursements thereof.